**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Paul G. Gennaro Sr.** | : | Case No. 15−21306−CMB |
| **Michelle Gennaro** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      **AND NOW,** this ***27th day of July, 2016,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-21306-CMB
Paul G. Gennaro, Sr.                                           Chapter 13
Michelle Gennaro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar          Page 1 of 2              Date Rcvd: Jul 27, 2016
                             Form ID: 309          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
db/jdb          +Paul G. Gennaro, Sr.,   Michelle Gennaro,   2100 Ritchie Street,   Aliquippa, PA 15001-2125
14043967        +Action Financial Services,   4894 N. Runway Drive,   Suite 103,   Central Point, OR 97502-3005
14066405        +Allied Adjustors Inc.,   PO Box 1006,   Aliquippa, PA 15001-0806
14102851         American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA  90051-5478
14043968         City of Aliquippa,   1497 Kennedy Blvd.,   Aliquippa, PA 15001
14055428         ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14043969        +Friendly Federal Credit Union,   2000 Main Street,   Aliquippa, PA 15001-2794
14028510        +Michael T. McKeever,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14028511        +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14106284        +PNC Bank, N.A.,   Attn: Bankruptcy Department,   3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14043972        +Peoples Natural Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
14046784        +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
14043973        +US Department of Education,   Direct Loan Servicing Center,   PO Box 4609,
                 Utica, NY 13504-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14106068        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 28 2016 01:45:51     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14106281         EDI: RESURGENT.COM Jul 28 2016 00:58:00     PYOD LLC,   c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,   Greenville, SC 29603-0826
                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               PNC Bank, National Association
14043970*       +Friendly Federal Credit Union,   2000 Main Street,   Aliquippa, PA 15001-2794
14043971*       +Friendly Federal Credit Union,   2000 Main Street,   Aliquippa, PA 15001-2794
cr             ##+Peoples Natural Gas Company, LLC,   Attn:  Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
                                                                       TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
            Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
            agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Lauren M. Lamb    on behalf of Debtor Paul G. Gennaro, Sr.
            julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
            brose@steidl-steinberg.com
            Lauren M. Lamb    on behalf of Joint Debtor Michelle  Gennaro
            julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
            brose@steidl-steinberg.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2          User: lmar              Page 2 of 2               Date Rcvd: Jul 27, 2016
                             Form ID: 309              Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                          TOTAL: 7