**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PAUL G. GENNARO, SR.
    MICHELLE GENNARO
        Debtor(s)

    Case No.: 15-21306

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

    Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/15/2015 and confirmed on 10/01/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,885.44 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,885.44 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,943.83 | |
|   Trustee Fee | 601.33 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,545.16 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 8,105.28 | 0.00 | 8,105.28 |
|   Acct: XXXXXXXXX5/15 | | | | |
| PNC BANK NA | 12,614.52 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXX4/15 | | | | |
| CITY OF ALIQUIPPA-GARBAGE | 960.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXX: 15 | | | | |
| FRIENDLY FCU | 26,000.00 | 4,091.51 | 1,143.49 | 5,235.00 |
|   Acct: XXX5002 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2131 | | | | |
| PYOD LLC | 22,229.75 | 0.00 | 0.00 | 0.00 |
|   Acct: 0902 | | | | |
| | | | | 13,340.28 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL G. GENNARO, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-21306 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|     STEIDL & STEINBERG | 3,400.00 | 1,943.83 | 0.00 | 0.00 |
|         Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 16,820.21 | 0.00 | 0.00 | 0.00 |
|         Acct: 3884 | | | | |
|     FRIENDLY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: XXX5002 | | | | |
|     FRIENDLY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: XXX0325 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 1,892.73 | 0.00 | 0.00 | 0.00 |
|         Acct: XXX7753 | | | | |
|     ECMC(*) | 14,727.16 | 0.00 | 0.00 | 0.00 |
|         Acct: 3884 | | | | |
|     ALLIED ADJUSTORS | 330.63 | 0.00 | 0.00 | 0.00 |
|         Acct: XX3432 | | | | |
|     AMERICAN INFOSOURCE LP - AGENT DIRE | 434.52 | 0.00 | 0.00 | 0.00 |
|         Acct: 8041 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                   13,340.28

TOTAL CLAIMED
PRIORITY              0.00
SECURED          61,804.27
UNSECURED        34.205.25

Date: 09/16/2016                                                /s/ Ronda J. Winnecour
                                                                RONDA J WINNECOUR PA ID #30399
                                                                CHAPTER 13 TRUSTEE WD PA
                                                                600 GRANT STREET
                                                                SUITE 3250 US STEEL TWR
                                                                PITTSBURGH, PA  15219
                                                                (412) 471-5566
                                                                cmecf@chapter13trusteewdpa.com